**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2486**

---

NAN S. VICK,

Plaintiff - Appellant,

versus

FOOTE, INCORPORATED, t/a Foote Tire,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-95-151)

---

Submitted: November 30, 1995     Decided: April 12, 1996

---

Before WILKINSON, Chief Judge, and HAMILTON and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nan S. Vick, Appellant Pro Se. Robert Patrick Geary, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on her civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Vick v. Foote, Inc.</u>, No. CA-95-151 (E.D. Va. Aug. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>